**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-27-RJC-DCK**

| | |
|---|---|
| FRANCISCO R. AVOKI (as the Administrator of the Estate of Madeleine Esenge Avoki) and MWAYUMA F. AVOKI, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY LIFE INSURANCE COMPANY; RBC LIBERTY INSURANCE COMPANY; RBC U.S. INSURANCE SERVICES, INC.; BUSINESSMEN'S ASSURANCE COMPANY OF AMERICA; and UNKNOWN DEFENDANT, <br><br> Defendants. | **ORDER** |

THIS MATTER is before the Court on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed January 23, 2009 by Defendants' counsel, Martin L. White, pursuant to Local Rule 83(B) of the Rules of the United States District Court for the Western District of North Carolina.

It appears that the person for whom leave to appear is sought, Kevin K. Bell of the law firm of Robinson, McFadden & Moore, PC, is a member in good standing of the Bar of the State of South Carolina and the United States District Court for the District of South Carolina.

It further appears that Mr. Bell has associated Martin L. White of Johnston Allison & Hord as local counsel.

IT IS THEREFORE ORDERED that Kevin K. Bell be permitted to appear *pro hac vice* in the above-captioned action pending in this Court.

Signed: January 23, 2009

David C. Keesler
United States Magistrate Judge