# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No. 3:09-cv-27-RJC-DCK

| | |
|---|---|
| FRANCISCO R. AVOKI and MWAYUMA F. AVOKI, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ORDER |
| LIBERTY LIFE INSURANCE COMPANY, et al., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court sua sponte. On November 3, 2009, plaintiff's counsel advised the Court that the case settled and the Court notified the parties through ECF that an agreement for entry of judgment or a stipulation of dismissal must be filed within 30 days or the Court would dismiss the case with prejudice. The time for filing has passed and no agreement for entry of judgment or stipulation has been filed in this case.

**IT IS, THEREFORE, ORDERED** that the case is **DISMISSED WITHOUT PREJUDICE**.

Signed: January 7, 2010

Robert J. Conrad, Jr.
Chief United States District Judge